# EXHIBIT B

**Template Instructions:**

Use the "Find and Replace" function to replace the following variable fields in the document with the applicable values:

| Variable Field Name | Description | Example(s) | Number of Replacements |
|---|---|---|---|
| ADVAIR DISKUS | Brand name of drug, all caps | ESTRACE, ISTALOL | 5 |
| INHALATION AEROSOL POWDER BREATH ACTIVATED | Strength and dosage form, all caps | 1% GEL | 4 |
| ADVAIR DISKUS | Brand name of the drug to include strength (if applicable) and dosage form, all caps | ESTRACE 0.1% CREAM | 33 |
| <DOCUMENT_NUMBER> | Document name/number specific to the script; assigned by CARE | Y0080_72110_SCR_2018 | 1 |
| <TREATMENT> | Description of the common use(s) for the drug | For ISTALOL: elevated pressure in the eye | 1 |
| fluticasone-salmeterol aerosol powder breath activated | Generic of the drug to include strength (if applicable) and dosage form, all lowercase | timolol maleate 0.5% ophthalmic solution | 17 |
| using | How the member is utilizing the drug. "using" is more appropriate for topical or inhalation | | 5 |

|  | applications, "taking" for oral |  |  |
| --- | --- | --- | --- |
| Preferred Brand Tier |  | Preferred Generic Tier, Generic Tier, Preferred Brand Tier, Preferred Brand Tier, Specialty Tier | 11 |
| Tier 3 |  | Tier 1, 2, or 3 | 15 |

CVS-000513

# MED D - ADVAIR DISKUS® INHALATION AEROSOL POWDER BREATH ACTIVATED Generic Not Available for SilverScript Choice, Plus, and Allure (PDP) Plans Until Further Notice <Document_Number>

[Overview](#)
[Background](#)
[Rationale](#)
[What does this mean for the beneficiary?](#)
[Effects of this Strategy on Beneficiaries](#)
[FAQs](#)
[Log Activity](#)
[Resolution Time](#)
[Parent SOP](#)

**Grievance Standard Verbiage:**
Grievance Standard Verbiage (for use in Discussion with Beneficiary) section in [MED D Care - Grievances in PeopleSafe and MedHOK](#)

**Legend:**

| Icon | Explanation |
|---|---|
| 🚩 | Updates to information. The icon should be followed by the date of update.<br>**Note:** Only the last update will be identified. |
| ⚠ | Indicates Important or Urgent information |
| 💬 | Indicates a Talk Track |

CVS-000514

## Overview

ADVAIR DISKUS® INHALATION AEROSOL POWDER BREATH ACTIVATED is a branded prescription drug commonly used for the treatment of <TREATMENT>. This prescription drug was recently launched in its generic form, fluticasone-salmeterol aerosol powder breath activated . The generic form of ADVAIR DISKUS is not available on SilverScript Choice, Plus, or Allure (PDP) plans until further notice.

ADVAIR DISKUS will be MAINTAINED on the Preferred Brand Tier (Tier Tier 3) in 2019 on the formularies for SilverScript Choice, Plus, and Allure beneficiaries. The generic, fluticasone-salmeterol aerosol powder breath activated , will **NOT** be added to the formularies.

This applies only to SilverScript Choice, Plus, and Allure beneficiaries in 2019.

Top of the Document

## Background

Generic prescription drugs are typically the lowest-cost option when compared to branded prescription drugs. SilverScript **promotes the use of generic prescription drugs** to help plan beneficiaries save money.
- During the initial launch phase for the generic, there will be few manufacturers marketing the generic and the cost of the generic is expected to be relatively high.
- To help keep out-of-pocket costs low, SilverScript is retaining brand ADVAIR DISKUS® INHALATION AEROSOL POWDER BREATH ACTIVATED on its formulary on Preferred Brand Tier (Tier Tier 3). ADVAIR DISKUS is eligible for a manufacturer discount in the coverage gap.
- SilverScript will continue to keep the brand version of ADVAIR DISKUS on the formulary and will **NOT** be adding the generic version until further notice.

Network Pharmacies were also informed of this update.

CVS-000515

**NOTE:** SilverScript Employer PDP Plans are being handled differently.
- **SilverScript Choice, Plus, and Allure Plans**
  The generic version of ADVAIR DISKUS (fluticasone-salmeterol aerosol powder breath activated ) will **NOT** be added to the SilverScript formularies for SilverScript Choice, Plus, and Allure plans in 2019.
- **SilverScript Employer PDP Plans**
  Employer PDP Plans have added the generic (fluticasone-salmeterol aerosol powder breath activated ) to their formulary for 2019. Some plans will continue cover the brand in 2019.

[Top of the Document]

## Rationale

The goal of this document is to prepare the MED D Customer Care Representative (CCR) for potential inbound questions from the beneficiary regarding the availability of fluticasone-salmeterol aerosol powder breath activated  and the non-covered status for this prescription drug on SilverScript Plans.

[Top of the Document]

## What does this mean for the beneficiary?

Retaining brand ADVAIR DISKUS on Preferred Brand Tier (Tier Tier 3) can help keep out-of-pocket costs low for SilverScript beneficiaries.

**NOTE:** The generic equivalent fluticasone-salmeterol aerosol powder breath activated  is **NOT** be on the formulary until further notice.

- Beneficiaries have the option to request an exception if they wish to obtain fluticasone-salmeterol aerosol powder breath activated .
  - However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.

5

- Brand ADVAIR DISKUS is available at the Preferred Brand Tier (Tier Tier 3) copay/coinsurance, so if the request for the generic is granted, the beneficiary would pay the amount associated with the plan's exception tier. This may be a different cost than the brand.

*Top of the Document*

### Effects of this Strategy on Beneficiaries

- Beneficiaries will continue to receive the brand ADVAIR DISKUS at the Preferred Brand Tier (Tier Tier 3) cost share.

- The CCR may receive calls from MED D beneficiaries who are confused about the lack of generic version availability of the prescription drug. Refer to the FAQs section of this document for appropriate responses.

*Top of the Document*

### FAQs

The frequently asked questions below will assist the CCR when addressing incoming calls regarding ADVAIR DISKUS.

**NOTE:** These specifics apply to non-LIS beneficiaries. See specific Q&A at end of this FAQ section for information specific to LIS beneficiaries.

| Question | Answer | |
|---|---|---|
| **Will ADVAIR DISKUS cost more than fluticasone-salmeterol aerosol powder breath activated in any stage of the Medicare D benefit for non-LIS beneficiaries?** | **SAY:**<br>• This will vary based on your Plan and which Medicare Part D coverage stage you currently are in (e.g., Deductible, Initial Coverage Limits, Coverage Gap or Catastrophic).<br><br>**CCR Process Note:** The CCR will review the following grid for information on the anticipated costs of ADVAIR DISKUS vs. fluticasone-salmeterol aerosol powder breath activated during the fluticasone-salmeterol aerosol powder breath activated initial launch period: | |
| | **Deductible Stage for non-LIS beneficiaries:** | **SilverScript Choice , Plus, and Allure beneficiaries:**<br>• In 2019, no deductible except for Choice Plan beneficiaries who will have a $100 annual deductible for drugs in Tiers 3 to 5 for beneficiaries residing in Colorado, Georgia, or Texas; Choice beneficiaries residing in Arizona, South Carolina, or Alaska will have a $Tier 315 deductible for drugs in Tiers 3 to 5. SilverScript Plus and Allure Plans are not available in Alaska.<br><br>Move to response below in Initial Coverage Limits Stage. |
| | **Initial Coverage Limits (ICL) Stage for non-LIS beneficiaries:** | **SAY:**<br>• Maybe.<br>• You will continue to pay your current Preferred Brand Tier (Tier Tier 3) cost share during the Initial Coverage Limits stage for brand ADVAIR |

7

|  |  | DISKUS.<br>• Mr. /Mrs. <Beneficiary>, your cost share for brand ADVAIR DISKUS will be <$X.XX>.<br><br>Move to response below in Coverage Gap Stage. |
|---|---|---|
|  | **Coverage Gap Stage for non-LIS beneficiaries:** | **SAY:**<br>• No.<br>• The Coverage Gap Stage (also called the donut hole) is where you will receive significant savings on brand ADVAIR DISKUS.<br>• The brand name is less expensive than the generic version because of the manufacturer discount on brand name prescription drugs.<br>• In 2019, your cost share in the Coverage Gap Stage is 25% of the price of brand ADVAIR DISKUS. If the generic were included at this time on the formulary, your cost share would be 37%.<br><br>Move to response below in Catastrophic Coverage Stage. |
|  | **Catastrophic Stage for non-LIS beneficiaries:** | **SAY:**<br>• Yes.<br>• During this stage of the benefit, it is expected that - because of the price of the brand and generic versions - you will pay 5% of the allowed cost. |
| **Why is the brand-name** | **SAY:** |  |

CVS-000519

| | |
|---|---|
| **ADVAIR DISKUS on the formulary when there is now a generic available?** | • In this case, the price of the generic version of ADVAIR DISKUS will likely be similar to the price of the brand version for a minimum of six months, and perhaps longer.<br>• There are few manufacturers of the generic version of ADVAIR DISKUS to drive the price down.<br>• Until there are competitors and the price of the generic version goes down, your plan will continue to cover brand-name ADVAIR DISKUS at the Preferred Brand Tier (Tier Tier 3) cost share in 2019. |
| **Why can't I get the generic? Aren't generics less expensive?** | SAY:<br>• When a generic version is first available, it is typically similar in price to the brand version.<br>• At this time the generic version, called fluticasone-salmeterol aerosol powder breath activated , is not on the formulary.<br>  ○ You do have the option to request a formulary exception.<br>  ○ However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
| **Will my other copays for other prescription drugs be lowered?** | SAY:<br>• No.<br>• You will continue to pay the copay/coinsurance for other brand name and generic prescription drugs at the current benefit cost share. |
| **Could there be other brand prescription drugs that this applies to?** | SAY:<br>• In most cases the generic version of a prescription drug is less expensive than the brand name version and is covered at the lower generic copay.<br>• The exception typically applies during the first few years the generic version of a prescription drug is launched. |
| **How long will ADVAIR DISKUS remain on the** | SAY:<br>• We anticipate that ADVAIR DISKUS will remain on the formulary on the |

9

| | |
|---|---|
| formulary on the Preferred Brand Tier (Tier Tier 3)? | Preferred Brand Tier (Tier Tier 3) in 2019 until the price of the generic form of ADVAIR DISKUS drops.<br>• We anticipate it will be a minimum of six months, however that is based on market conditions not within our control and could change. |
| What should I do if brand ADVAIR DISKUS is removed from the formulary during the plan year? | **SAY:**<br>• We will provide you with notification if brand ADVAIR DISKUS is removed from the formulary during the Plan year.<br>• The type of notification depends on whether you are using the prescription drug and whether the change happens during the plan year or at the beginning of the next plan year.<br>   o If we make this change during the plan year, and you are using ADVAIR DISKUS, you will receive written notification of the change in your Explanation of Benefits (EOB).<br>   o If we make this change at the beginning of the next plan year, the change will be noted in the formulary included as part of your Annual Notice of Change (ANOC) packet.<br>   o You should review your plan's formulary carefully.<br>• If brand ADVAIR DISKUS is removed from the formulary and you want to continue using brand ADVAIR DISKUS, you will have the option to request a formulary exception.<br>• However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
| May I, as the beneficiary, request a coverage determination for the generic product? | **SAY:**<br>• Yes, you as the beneficiary may request a coverage determination for fluticasone-salmeterol aerosol powder breath activated .<br>   o However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |

CVS-000521

| | | |
|---|---|---|
| **Will fluticasone-salmeterol aerosol powder breath activated be added to the formulary during the 2019 plan year?** | ⚠️ Refer to the Med D Care - Coverage Determination/Appeal (New or Status Update) document. **SAY:** <br>• The addition of the generic to the formulary will be re-evaluated during the year. | |
| **Will ADVAIR DISKUS cost more than fluticasone-salmeterol aerosol powder breath activated in any stage of the Medicare Part D benefit for LIS beneficiaries?** | **CCR Process Note:** The CCR will review the following information for LIS beneficiaries on the anticipated costs of ADVAIR DISKUS vs. fluticasone-salmeterol aerosol powder breath activated during the fluticasone-salmeterol aerosol powder breath activated initial launch period: | |
| | **For LIS 1 & 2 Beneficiaries:** | **SAY:** <br>• Maybe. <br>• In the Catastrophic Coverage Stage of the benefit, you will continue to receive ADVAIR DISKUS at no cost. <br>• If you have not yet reached the Catastrophic Coverage Stage, you might have to pay your brand name copayment for ADVAIR DISKUS until you reach the Catastrophic Coverage Stage. |
| | **For LIS 3 Beneficiaries:** | **SAY:** <br>• No. |
| | **For LIS Tier 3 Beneficiaries:** | **SAY:** <br>• Maybe. <br>• If you are in the Initial Coverage Limits Stage (ICL) or the Post-Initial Coverage Limits Stage |

11

| | | |
|---|---|---|
| | | • of the benefit you will continue to pay your current coinsurance for ADVAIR DISKUS.<br>• If you are in the Catastrophic Coverage Stage, you will continue to pay the LIS brand name copayment for ADVAIR DISKUS. |

[Top of the Document]

## Log Activity

1003 – Plan Design Education

[Top of the Document]

## Resolution Time

Information = immediate

[Top of the Document]

## Parent SOP

**CALL-00Tier 38:** **Medicare Part D Customer Care Call Center Requirements-CVS Caremark Part D Services, L.L.C.**

Not to Be Reproduced or Disclosed to Others without Prior Written Approval
**ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY**