# EXHIBIT C

# MED D – RENVELA® ORAL PACKETS Generic Not Available for SilverScript Choice, Plus, and Allure (PDP) Plans Until Further Notice Y0080_42124_SCR_2019

Overview
Background
What does this mean for the beneficiary?
Effects of this Strategy on Beneficiaries
FAQs
Log Activity
Resolution Time
Related Documents
Parent SOP
Abbreviations / Definitions

## Overview

RENVELA® ORAL PACKETS is a branded prescription drug commonly used for the treatment of high potassium in the blood; RENVELA works by binding phosphates in the stomach, preventing them from being absorbed in the body. This prescription drug was recently launched in its generic form sevelamer carbonate oral packets. The generic form of RENVELA ORAL PACKETS is not available on SilverScript Choice, Plus, or Allure (PDP) plans until further notice.

RENVELA ORAL PACKETS will be MAINTAINED on the Preferred Brand Tier (Tier 3) in 2019 on the formularies for SilverScript Choice, Plus, and Allure beneficiaries. The generic, sevelamer carbonate oral packets, will **not** be added to the formularies.

This applies only to SilverScript Choice, Plus, and Allure beneficiaries in 2019.

[Top of the Document]

## Background

Generic prescription drugs are typically the lowest-cost option when compared to branded prescription drugs. SilverScript **promotes the use of generic prescription drugs** to help plan beneficiaries save money.

- During the initial launch phase for the generic, there will be few manufacturers marketing the generic and the cost of the generic is expected to be relatively high.
- To help keep out-of-pocket costs low, SilverScript is retaining brand RENVELA ORAL PACKETS on its formulary on Preferred Brand Tier (Tier 3). RENVELA is eligible for a manufacturer discount in the coverage gap.
- SilverScript will continue to keep the brand version of RENVELA ORAL PACKETS on the formulary and will **NOT** be adding the generic version until further notice.

Network Pharmacies were also informed of this update.

**Note:** SilverScript Employer PDP Plans are being handled differently.
- **SilverScript Choice, Plus, and Allure Plans**
  The generic version of RENVELA ORAL PACKETS (sevelamer carbonate oral packets) will **NOT** be added to the SilverScript formularies for Choice, Plus, and Allure plans in 2019.
- **SilverScript Employer PDP Plans**
  Employer PDP Plans have added the generic (sevelamer carbonate oral packets) to their formulary for 2019. Some plans will continue cover the brand in 2019.

[Top of the Document]

## What does this mean for the beneficiary?

Retaining brand RENVELA ORAL PACKETS on Preferred Brand Tier (Tier 3) can help keep out-of-pocket costs low for SilverScript beneficiaries.

**Note:** The generic equivalent sevelamer carbonate oral packets is **not** be on the formulary until further notice.

- Beneficiaries have the option to request an exception if they wish to obtain sevelamer carbonate oral packets.
  - However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.
- Brand RENVELA ORAL PACKETS is available at the Preferred Brand Tier (Tier 3) copay/coinsurance, so if the request for the generic is granted, the beneficiary would pay the amount associated with the plan's exception tier. This may be a different cost than the brand.

[Top of the Document]

## Effects of this Strategy on Beneficiaries

- Beneficiaries will continue to receive the brand RENVELA at the Preferred Brand (Tier 3) copay/coinsurance.

- The CCR may receive calls from MED D beneficiaries who are confused about the lack of generic version availability of the prescription drug. Refer to the FAQs section of this document for appropriate responses.

[Top of the Document]

## FAQs

CVS-000222

The frequently asked questions below will assist the CCR when addressing incoming calls regarding RENVELA ORAL PACKETS.

**Note:** These specifics apply to non-LIS beneficiaries. See specific Q&A at end of this FAQ section for LIS-specific information.

| Question | Answer | |
|---|---|---|
| **Will RENVELA ORAL PACKETS cost more than sevelamer carbonate oral packets in any stage of the Medicare D benefit for non-LIS beneficiaries?** | **SAY:**<br>• This will vary based on your Plan and which Medicare Part D coverage stage you currently are in (e.g., Deductible, Initial Coverage Limits, Coverage Gap or Catastrophic).<br><br>**CCR Process Note:** The CCR will review the following grid for information on the anticipated costs of RENVELA ORAL PACKETS vs. sevelamer carbonate oral packets during the sevelamer carbonate oral packets initial launch period: | |
| | **Deductible Stage for non-LIS beneficiaries:** | **SilverScript Choice, Plus, and Allure beneficiaries:**<br>• In 2019, no deductible except for Choice Plan beneficiaries who will have a $100 annual deductible for drugs in Tiers 3 to 5 for beneficiaries residing in Colorado, Georgia, or Texas; Choice beneficiaries residing in Arizona and South Carolina will have a $415 annual deductible for drugs in Tiers 3 to 5, or Alaska will have a $415 deductible for all drugs. SilverScript Plus and Allure Plans do not have a deductible. |

| | | |
|---|---|---|
| | | Move to response below in Initial Coverage Limits Stage. |
| | **Initial Coverage Limits (ICL) Stage for non-LIS beneficiaries:** | SAY:<br>• Maybe.<br>• You will continue to pay your current Preferred Brand (Tier 3) copay during the Initial Coverage Limits stage for brand RENVELA ORAL PACKETS.<br>• Mr. /Mrs. <Beneficiary>, your copayment for brand RENVELA will be <$X.XX>.<br><br>Move to response below in Coverage Gap Stage. |
| | **Coverage Gap Stage for non-LIS beneficiaries:** | SAY:<br>• No.<br>• The Coverage Gap Stage (also called the donut hole) is where you will receive significant savings on brand RENVELA ORAL PACKETS.<br>• In 2019, your cost share in the Coverage Gap Stage is 25% of the price of brand RENVELA ORAL PACKETS. If the generic were included at this time on the formulary, your cost share would be 37%.<br><br>Move to response below in Catastrophic Coverage Stage. |
| | **Catastrophic Stage for non-LIS** | SAY:<br>• Yes. |

5

| | beneficiaries: | • During this stage of the benefit, it is expected that - because of the price of the brand and generic versions - you will pay 5% of the allowed cost. |
|---|---|---|
| **Why is the brand-name RENVELA ORAL PACKETS on the formulary when there is now a generic available?** | **SAY:** <br>• In this case, the price of the generic version of RENVELA ORAL PACKETS will likely be similar to the price of the brand version for a minimum of six months, and perhaps longer. <br>• There are few manufacturers of the generic version of RENVELA ORAL PACKETS to drive the price down. <br>• Until there are competitors and the price of the generic version goes down, your plan will continue to cover brand-name RENVELA at the Preferred Brand Tier (Tier 3) copay/coinsurance in 2019. | |
| **Why can't I get the generic? Aren't generics less expensive?** | **SAY:** <br>• When a generic version is first available, it is typically similar in price to the brand version. <br>• At this time the generic version, called sevelamer carbonate oral packets, is not on the formulary. <br>   o You do have the option to request a formulary exception. <br>   o However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. | |
| **Will my other copays for other prescription drugs be lowered?** | **SAY:** <br>• No. <br>• You will continue to pay the copay/coinsurance for other brand name | |

6

CVS-000225

| | |
|---|---|
| | • and generic prescription drugs at the current benefit copay. |
| **Could there be other brand prescription drugs that this applies to?** | SAY:<br>•　In most cases the generic version of a prescription drug is less expensive than the brand name version and is covered at the lower generic copay.<br>• The exception typically applies during the first few years the generic version of a prescription drug is launched. |
| **How long will RENVELA ORAL PACKETS remain on the formulary on the Preferred Brand Tier (Tier 3)?** | SAY:<br>•　We anticipate that RENVELA ORAL PACKETS will remain on the formulary on the Preferred Brand Tier (Tier 3) in 2019 until the price of the generic form of RENVELA drops.<br>•　We anticipate it will be a minimum of six months, however that is based on market conditions not within our control and could change. |
| **What should I do if brand RENVELA ORAL PACKETS is removed from the formulary during the plan year?** | SAY:<br>• We will provide you with prior notification if brand RENVELA ORAL PACKETS removed from the formulary during the Plan year.<br>•　The type of notification depends on whether you are taking the prescription drug and whether the change happens during the plan year or at the beginning of the next plan year.<br>　　○ If we make this change during the plan year and you are taking RENVELA ORAL PACKETS, you will receive written notification of the change in your Explanation of Benefits (EOB).<br>　　○ If we make this change at the beginning of the next plan year, |

7

|  | |
|---|---|
|  | ○ he change will be noted in the formulary included as part of your Annual Notice of Changes (ANOC) packet.<br>○ You should review your plan's formulary carefully.<br>• If brand RENVELA ORAL PACKETS is removed from the formulary and you want to continue taking brand RENVELA, you will have the option to request a formulary exception.<br>• However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level. |
| **May I, as the beneficiary, request a coverage determination for the generic product?** | **SAY:**<br>• Yes, you as the beneficiary may request a coverage determination for sevelamer carbonate oral packets.<br>○ However, exception requests for non-formulary prescription drugs, if approved, are typically approved for coverage at the highest cost share level.<br><br>⚠ Refer to the Med D Care - Coverage Determination/Appeal (New or Status Update) document. |
| **Will sevelamer carbonate oral packets be added to the formulary during the 2019 plan year?** | **SAY:**<br>The addition of the generic to the formulary will be re-evaluated during the year. |
| **Will RENVELA cost more than sevelamer carbonate oral packets in any stage of the Medicare Part D** | **CCR Process Note:** The CCR will review the following information for LIS beneficiaries on the anticipated costs of RENVELA ORAL PACKETS vs. sevelamer carbonate oral packets during the sevelamer carbonate oral packets initial launch period: |

8

CVS-000227

| benefit for LIS beneficiaries? | | |
|---|---|---|
| | For **LIS 1 & 2** Beneficiaries: | **SAY:**<br>• Maybe.<br>• In the Catastrophic Coverage Stage of the benefit, you will continue to receive RENVELA ORAL PACKETS at no cost.<br>• If you have not yet reached the Catastrophic Coverage Stage, you might have to pay your brand name copayment for RENVELA ORAL PACKETS until you reach the Catastrophic Coverage Stage. |
| | FOR **LIS 3** Beneficiaries: | **SAY:**<br>• No. |
| | FOR **LIS 4** Beneficiaries: | **SAY:**<br>• Maybe.<br>• If you are in the Initial Coverage Limits Stage (ICL) or the Post-Initial Coverage Limits Stage of the benefit you will continue to pay your current coinsurance for RENVELA ORAL PACKETS.<br>• If you are in the Catastrophic Coverage Stage, you will continue to pay the LIS brand name copayment for RENVELA ORAL PACKETS. |

[Top of the Document](#)

**Log Activity**

1003 – Plan Design Education

[Top of the Document]

## Resolution Time

Information = immediate

[Top of the Document]

## Related Documents

Grievance Standard Verbiage (for use in Discussion with Beneficiary) section in MED D Care - Grievances in PeopleSafe and MedHOK

[Top of the Document]

## Parent SOP

**CALL-0048:** Medicare Part D Customer Care Call Center Requirements-CVS Caremark Part D Services, L.L.C.

[Top of the Document]

## Abbreviations / Definitions

Mail Service Customer Care Abbreviations and Definitions

Not to Be Reproduced or Disclosed to Others without Prior Written Approval
**ELECTRONIC DATA = OFFICIAL VERSION – PAPER COPY – INFORMATIONAL ONLY**