# EXHIBIT D

# Generic Ventolin HFA Transition Fill Claims
## (2019.02.07 to 2019.02.13)

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| LA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| ID | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OK | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| WA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MO | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OK | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NH | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MO | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CO | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NJ | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NM | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190207 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| OH | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OR | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| KS | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| WV | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| AL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CO | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| KS | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| WI | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| KY | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NE | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OK | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| ID | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| VT | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NJ | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| AZ | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OR | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MO | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190207 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| WI | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| WI | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| IA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NE | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| VA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| WA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NM | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190207 | 66993001968 | ALBUTEROL   AER HFA |
| NM | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| NH | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| WA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| IA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| NJ | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| WA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190208 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| AZ | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| MI | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| MN | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| NY | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| OH | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| PA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| FL | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| WY | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| IA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| NY | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| OR | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| MN | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| TX | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| MN | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| TN | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| SC | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| KS | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| OH | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| GA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| WV | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| MN | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| MN | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| NC | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| CA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| CA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| CO | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| MO | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| NY | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| CA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| CA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| CA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| CO | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| SC | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| NY | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| KY | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| CA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| IL | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| MA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| AR | 20190208 | 66993001968 | ALBUTEROL    AER HFA |
| GA | 20190208 | 66993001968 | ALBUTEROL    AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| MN | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| NJ | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| KS | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| TN | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| TN | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190208 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| DE | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| NM | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| SD | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| VA | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| WA | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190209 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| NC | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| TN | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| LA | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| NM | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| NV | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| IA | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| WI | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| VA | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| MO | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190209 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| RI | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| OR | 20190210 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| AR | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| TN | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| MA | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190210 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| AZ | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| HI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NJ | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| RI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MO | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NE | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| VA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NH | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NM | 20190211 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| KY | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| VA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| ID | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NE | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| OR | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SD | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| KY | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| WA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| LA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| LA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MO | 20190211 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| PA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| WA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| KS | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| HI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| AZ | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| KY | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SD | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| WI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| OK | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| IL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| ME | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| SD | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| WI | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| LA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190211 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| LA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| AL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NJ | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| VT | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| TN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| ID | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| WV | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NC | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CT | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| OK | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| KY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| TX | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| OR | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| WA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MO | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| KS | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MS | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| KY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NJ | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NM | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MT | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MI | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| WV | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| WI | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| WV | 20190212 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| TX | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| GA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| SD | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| KY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| TN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| KY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| ID | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| FL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| OK | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| LA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| OH | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| PA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| VA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| SC | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IL | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CA | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MO | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| OR | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NM | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| CO | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| IN | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| NY | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| MD | 20190212 | 66993001968 | ALBUTEROL   AER HFA |
| AR | 20190212 | 66993001968 | ALBUTEROL   AER HFA |

| STATE | DATE FILL | NDC | DRUG |
|---|---|---|---|
| IA | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| KY | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| FL | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| IL | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| PA | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| AL | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| MS | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| GA | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| WI | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| MA | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| PA | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| KS | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| FL | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| NY | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| OH | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| FL | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| FL | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| FL | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| GA | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| OH | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| MI | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| IL | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| NC | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| CA | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| IA | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| SC | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| KY | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| NY | 20190213 | 66993001968 | ALBUTEROL    AER HFA |
| WA | 20190213 | 66993001968 | ALBUTEROL    AER HFA |