# EXHIBIT E

# Harvoni & Epclusa Gx Rejected Claims
(for the month of January 2019)

| Plan | Member State | Claim Fill Date | Product/Drug Label Name |
|---|---|---|---|
| SILVERSCRIPT-INDIV-ENROLL | AL | 1/9/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | AL | 1/9/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | AL | 1/9/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | AR | 1/30/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | AZ | 1/22/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | AZ | 1/22/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | AZ | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/22/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/14/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/10/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/29/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/29/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/24/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/24/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/24/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/24/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | CA | 1/15/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | CO | 1/17/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | CO | 1/17/19 | LEDIP-SOFOSB TAB 90-400MG |

| Plan | Member State | Claim Fill Date | Product/Drug Label Name |
|---|---|---|---|
| SILVERSCRIPT-INDIV-ENROLL | CO | 1/14/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | CT | 1/22/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | FL | 1/28/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | FL | 1/28/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | FL | 1/15/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | FL | 1/21/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | FL | 1/22/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | FL | 1/24/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | FL | 1/28/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | FL | 1/9/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | FL | 1/30/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | GA | 1/25/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | GA | 1/31/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | GA | 1/16/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | GA | 1/28/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | IL | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | IL | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | IL | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | IL | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | IL | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | IN | 1/22/19 | SOFOS/VELPAT TAB 400-100 |

| Plan | Member State | Claim Fill Date | Product/Drug Label Name |
|---|---|---|---|
| SILVERSCRIPT-INDIV-ENROLL | IN | 1/18/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | IN | 1/18/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | IN | 1/28/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | KS | 1/28/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | KY | 1/31/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MA | 1/11/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MA | 1/11/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MA | 1/10/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MA | 1/9/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MA | 1/17/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | MD | 1/11/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | ME | 1/30/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MI | 1/11/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MI | 1/30/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MI | 1/30/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MI | 1/18/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MI | 1/22/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MI | 1/24/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | MI | 1/24/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | MI | 1/17/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | MO | 1/28/19 | SOFOS/VELPAT TAB 400-100 |

| Plan | Member State | Claim Fill Date | Product/Drug Label Name |
|---|---|---|---|
| SILVERSCRIPT-INDIV-ENROLL | MO | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MO | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MO | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MO | 1/30/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | MO | 1/30/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | MS | 1/28/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MS | 1/29/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | MS | 1/31/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | NC | 1/22/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | NC | 1/30/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | NY | 1/10/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | NY | 1/21/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | NY | 1/21/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | NY | 1/28/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | OR | 1/7/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | PA | 1/31/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | PA | 1/9/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | RI | 1/3/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | SC | 1/22/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | TN | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | TN | 1/30/19 | SOFOS/VELPAT TAB 400-100 |

| Plan | Member State | Claim Fill Date | Product/Drug Label Name |
|---|---|---|---|
| SILVERSCRIPT-INDIV-ENROLL | TN | 1/21/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | TN | 1/22/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | TN | 1/7/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | TX | 12/21/18 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | TX | 1/23/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | VA | 1/25/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | VT | 1/24/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | VT | 1/24/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | WA | 1/9/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | WI | 12/18/18 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | WI | 12/18/18 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | WI | 12/18/18 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | WI | 1/2/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | WI | 1/21/19 | LEDIP-SOFOSB TAB 90-400MG |
| SILVERSCRIPT-INDIV-ENROLL | WV | 1/30/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | WV | 1/31/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | WV | 1/28/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | WV | 1/30/19 | SOFOS/VELPAT TAB 400-100 |
| SILVERSCRIPT-INDIV-ENROLL | WV | 1/31/19 | SOFOS/VELPAT TAB 400-100 |