# EXHIBIT F

# 2019.02.27 Advair Diskus Gx Rejected Claims

| Date of Service (Fill Date) | RxClaim Claim # | Drug Label Name | Claim Status | Local Msg (Custom Message) |
|---|---|---|---|---|
| 02/27/2019 | 190644495902010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644495940010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644495948010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644495964010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644495970010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644495987010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644495993010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496009010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496015010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496032010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496038010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496054010 | FLUTIC/SALME AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496061010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496077010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496084010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496100010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496106010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496122010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496129010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496145010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |

| Date of Service (Fill Date) | RxClaim Claim # | Drug Label Name | Claim Status | Local Msg (Custom Message) |
|---|---|---|---|---|
| 02/27/2019 | 190644496151010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496168010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496174010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496190010 | FLUTIC/SALME AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496196010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496212010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496219010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496234010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496241010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496257010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496263010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496280010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496286010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496302010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496308010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496323010 | FLUTIC/SALME AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496330010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496345010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496351010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496367010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496373010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496389010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |

| Date of Service (Fill Date) | RxClaim Claim # | Drug Label Name | Claim Status | Local Msg (Custom Message) |
|---|---|---|---|---|
| 02/27/2019 | 190644496395010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496411010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496417010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496433010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496439010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496455010 | WIXELA INHUB AER 100/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496461010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496476010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496482010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496498010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496504010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496520010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496526010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496542010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496548010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496564010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496570010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496586010 | WIXELA INHUB AER 250/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496592010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496609010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496615010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496630010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |

| Date of Service (Fill Date) | RxClaim Claim # | Drug Label Name | Claim Status | Local Msg (Custom Message) |
|---|---|---|---|---|
| 02/27/2019 | 190644496636010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496652010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496658010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496674010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496680010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496697010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496703010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |
| 02/27/2019 | 190644496719010 | WIXELA INHUB AER 500/50 | R | DISPENSE BRAND - ADVAIR DISKUS |