# EXHIBIT G

Peoplesafe                                                                                  Page 1 of 1



CVS-001698