# EXHIBIT H

CAREMARK **PeopleSafe®** Close

Eligibility Maintenance | New | Participant Inquiry | New | Resolution Manager | New | Medicare D Inquiry | New

View Opportunities | Tools: -- Select A Tool --

**Client:** [redacted] - SILVERSCRIPT-INDIV-ENROLL **System:** RXCLAIM

| External ID | Name | Gndr | Relationship | Born | Effective | Expiration |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | M | MEMBER | [redacted]1953 | 01-01-2019 | 12-31-2039 |

Main Screen (Financial Details) | View Activity | Prescription History | Test Claim | Plan Benefit Override | Account Balance | Explanation of Benefits | Transaction History | Communication History | Caremark.com

Pharmacy Network | Retail Transaction | Plan Summary | FSA/HSA/HRA History | Coordination of Benefits | Order Placement | Adjustments | Client Managed G & A | View Triggers

| | | | | | |
|---|---|---|---|---|---|
| **Prescription for:** | [redacted] MEMBER | **Delivery System:** | MAIL ORDER | **Dispense As Written:** | 0 - NO DAW |
| **Prescription Number:** | [redacted] | **Pharmacy NPI:** | [redacted] | **Drug Price Type:** | AVERAGE WHOLESALE PRICE |
| **Drug NDC:** | 58468013001 | **Pharmacy NCPDP:** | [redacted] | **Drug Price Source:** | MEDISPAN |
| **Drug Name:** | RENVELA | **Pharmacy Name:** | CAREMARK PRESCRIPTION SRVC WBP | **Client Claim Price Type:** | |
| | | | | **Pharmacy Claim Price Type:** | |

**Participant Pay**

| | | |
|---|---|---|
| Participant Copay: | | 291.09 |
| Initial Copay: | 87.50 | |
| Gap Copay: | 203.59 | |
| Catastrophic Copay: | 0.00 | |
| Network Penalty: | | 0.00 |
| Deductible: | | 0.00 |
| MAC / DAW Penalty: | | 0.00 |
| Non Formulary Penalty: | | 0.00 |
| After MAB: | | 0.00 |
| - FSA Contribution Amount: | | 0.00 |
| - HRA Contribution Amount: | | 0.00 |
| + COB Non Covered Amt: | | 0.00 |
| | | ======= |
| Participant Cost: | | 291.09 |

**Client Pay**

| | |
|---|---|
| Usual and Customary: | |
| Cost Submitted: | 5714.99 |
| Cost Allowed: | 4581.17 |
| Other Payer Recognized: | 0.00 |
| Dispensing Fee: | 0.00 |
| Level Of Effort Fee: | 0.00 |
| Administration Fee: | 0.00 |
| Performance / Service Fee: | 0.00 |
| Sales Tax: | 0.00 |
| PRX Fee Amount: | 0.00 |
| Client Billed Cost: | 0.00 |
| | ---------- |
| Total Client Cost: | 4290.08 |

**Pharmacy Pay:**

| | |
|---|---|
| Usual and Customary: | |
| Cost Allowed: | 4581.17 |
| Other Payer Recognized: | 0.00 |
| Dispensing Fee: | 0.00 |
| Level Of Effort Fee: | 0.00 |
| Administration Fee: | 0.00 |
| Performance / Service Fee: | 0.00 |
| Sales Tax: | 0.00 |
| PDP Service Fee: | 0.00 |
| Other Amount Paid: | 0.00 |
| | ---------- |
| Total Pharmacy Reimbursement: | 4290.08 |

**Health Reimbursement Account:**

| | |
|---|---|
| Benefits: | 0.00 |
| Member Access Fee: | |
| Amount Used: | 0.00 |
| HRA Remaining Balance: | 0.00 |

**Miscellaneous**

| | |
|---|---|
| Applied To Out of Pocket: | 0.00 |
| Applied To TrOOP: | 0.00 |
| Applied To OOPM/MOOP: | 0.00 |
| Paid by Other Insurance: | 0.00 |
| Alternate Amount Paid: | 0.00 |
| Previous Amount Paid: | 0.00 |
| In Network Accumulation: | 0.00 |
| Out of Network Accumulation: | 0.00 |

**Med D Financials:**

| | |
|---|---|
| LICS Paid by Plan: | 0.00 |
| SPAP/Integrator Paid Amt: | 0.00 |
| Reported Gap Discount: | 570.07 |
| Deductible Gross Cost: | 0.00 |
| Deductible Plan Pay: | 0.00 |
| Initial Gross Cost: | 3766.79 |
| Initial Plan Pay: | 3679.29 |
| Gap Gross Cost: | 814.38 |
| Gap Plan Pay: | 610.79 |
| Catastrophic Gross Cost: | 0.00 |
| Catastrophic Plan Pay: | 0.00 |

View Settlement Codes | View Comments | Back

