**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Denise Elayne Jones, 10590 Charles Boston Rd., Princess Ann, MD 21853; Marilyn A. Manzi, 30 Preston A Century Village, Boca Raton, Florida 33434

Address of Defendant: CVS Caremark Corp., One CVS Dr., Woonsocket, RI 02985; SilverScript Ins. Co., 300 Montvue Rd., Knoxville, TN 37919; CVS Pharmacy, Inc., One CVS Dr., Woonsocket, RI 02985; Caremark L.L.C., One CVS Dr., Woonsocket, RI 02985; CVS Caremark Park D Servs. LLC, One CVS Dr., Woonsocket, RI 02985

Place of Accident, Incident or Transaction: _____

**RELATED CASE IF ANY:**
Case Number: 2:19-cv-02553-JMY    Judge: Hon. John Milton Younge    Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit Pending or within one year previously terminated action in this court?   Yes ☑   No ☐
3. Does this case involve the validity or infringement of a patent already in suit or any earlier Numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑
4. Is this case a second or successive habeas corpus, social security appeal, or pro se case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☑ **is** / ☐ **is not** related to any now pending or within one year previously terminated action in this court except as note above.

DATE: 4/23/2024    _____[signature]_____    80136
                    Attorney-at-Law *(Must sign above)*    Attorney I.D. # *(if applicable)*

---

**Civil (Place a √ in one category only)**

A. *Federal Question Cases:*
☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☑ 15. All Other Federal Question Cases. *(Please specify)*: RICO

B. *Diversity Jurisdiction Cases:*
☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify)*: _____
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, Joseph H. Meltzer, counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2 § 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☑ Relief other than monetary damages is sought.

DATE: 04/23/2024    _____[signature]_____    80136
                    Attorney-at-Law *(Sign here if applicable)*    Attorney ID # *(if applicable)*

NOTE: A trial de novo will be a jury only if there has been compliance with F.R.C.P. 38.