IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE ELAYNE JONES and MARILYN A. MANZI, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CVS HEALTH CORPORATION, f/k/a CVS CAREMARK CORPORATION, SILVERSCRIPT INSURANCE COMPANY, LLC, CAREMARK L.L.C., f/k/a CAREMARK INC., CVS PHARMACY, INC., and CVS CAREMARK PART D SERVICES, LLC.<br><br>    Defendants. | Civil Action<br><br>No. 24-cv-1703 |

**ORDER**

AND NOW, this 31st day of October, 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 19), it is hereby **ORDERED** that said Motion is **GRANTED in PART** and **DENIED in PART** as follows:

1. Defendants' Motion is **DENIED** as it pertains to Counts I, II, and III

2. Defendants' Motion is **GRANTED** as it pertains to Count V. Plaintiffs shall **AMEND** the Complaint in accordance with the Court's Memorandum within fourteen (14) days of this Order.

3. Defendants' Motion is **GRANTED** as it pertains to the Idaho Consumer Protection Act in Count VI, but the Motion is otherwise **DENIED** for Count VI.

Further, as Plaintiffs are no longer pursuing Count IV, they shall **AMEND** the Complaint accordingly.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**