# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE ELAYNE JONES and MARILYN A. MANZI, individually and on behalf of all others similarly situated, <br>     Plaintiffs, <br><br> v. <br><br> CVS HEALTH CORPORATION, *et al.*, <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> No. 24-cv-1703-JMY |

## **ORDER**

AND NOW, this 29th day of July, 2025, upon consideration of Defendants' Motion to Compel Arbitration (ECF No. 58), and all responses thereto, for the reasons articulated in the accompanying Memorandum, it is hereby **ORDERED** that said Motion is **DENIED**.

    **IT IS SO ORDERED**.

BY THE COURT:

/s/ John Milton Younge
**Judge John Milton Younge**
